UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELINDA D. BILBRUCK,

    Plaintiff,

  v.

JEREMY M. JOHNSON and DIEBOLD, INC.,

    Defendants.

Case No. 06-cv-575-JPG

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on the parties stipulation of dismissal, and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendants Jeremy M. Johnson and Diebold, Inc., in this case, are **DISMISSED with prejudice**. The parties shall bear their own costs

**DATE: July 26, 2007**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**